IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **PATRICIA COVARRUBIAS,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 1:22-cv-129 |
| **OPTUM SERVICES, INC.,** | § § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Sections 1332, 1441, and 1446, Defendant Optum Services, Inc. ("Optum") files this Notice of Removal, giving notice that it is removing this civil action to the United States District Court for the Southern District of Texas, Brownsville Division, based on diversity jurisdiction. In support of this Notice of Removal, Optum shows as follows:

### I. BACKGROUND

On July 13, 2022, Plaintiff Patricia Covarrubias ("Covarrubias") filed this civil action, Cause No. 2022-DCL-03423, in the 445th District Court of Cameron County, Texas, styled *Patricia Covarrubias vs. Well Med at Central Brownsville*. Covarrubias demanded a jury trial. *See* Ex. B-2, Plaintiff's Original Petition and Request for Disclosures and citation. True and correct copies of all process, pleadings, and orders are attached and incorporated by reference. *See* Ex. A, State Court Action Sheet; Ex. B, Index of Matters Being Filed.

In her Original Petition, Covarrubias alleged discrimination on the basis of her gender or sex and retaliatioin for "opposing workplace discrimination" in violation of Chapter 21 of the Texas Labor Code. Ex. B-2. Optum filed its Original Answer on August 5, 2022, and its First Amended Answer on August 8, 2022. *See* Ex. B-3, Defendant's Original Answer; Ex. B-4, Defendant's First Amended Answer.

On August 18, 2022, Covarrubias amended her Petition and named Optum as the sole Defendant in place of Well Med at Central Brownsville. *See* Ex. B-5, Plaintiff's First Amended Petition and Request for Disclosures. Optum Filed its Second Amended Answer on August 31, 2022. *See* Ex. B-6, Defendant's Second Amended Answer. By naming Optum as the sole Defendant, the action became removable. Accordingly, Optum now removes this action based on diversity jurisdiction.

## II. Diversity Jurisdiction is Proper

This Court has diversity jurisdiction over Covarrubias's state law claim that Optum violated the Texas Commission on Human Rights Act ("TCHRA"). Diversity jurisdiction exists in a civil matter when (1) the amount in controversy exceeds $75,000, exclusive of interest and costs, and (2) the dispute is between citizens of different states. Both requirements are met in this case. *See* 28 U.S.C. § 1332.

### A.   The Amount in Controversy Exceeds $75,000

When determining the amount in controversy, courts presume that the plaintiff prevails in all of her claims. *See, e.g.*, *Fields v. Keith*, No. Civ.A. 3:99-CV-2682, 2000 WL 748152, at *6 (N.D. Tex. 2000). Federal courts ordinarily determine the amount in controversy based on the specific "good faith" sum demanded by the plaintiff in her state court petition. *See* 28 U.S.C. § 1446(c)(2). "[T]he plaintiff's claim remains presumptively correct unless the defendant can show by a preponderance of the evidence that the amount in controversy is greater than the jurisdictional amount." *In re 1994 Exxon Chem. Fire*, 558 F.3d 378, 387 (5th Cir. 2009) (citing *De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1412 (5th Cir. 1995)). This requirement can be satisfied if the defendant shows that "(1) it is apparent from the face of the petition that the claims are likely to exceed $75,000, or, alternatively, (2) the defendant sets forth 'summary judgment type evidence' of facts

in controversy that support a finding of the requisite amount." *Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002). If a state statute provides for attorneys' fees, such fees are included as part of the amount in controversy. *Foret v. Southern Farm Bureau Life Ins. Co.*, 918 F.2d 534, 537 (5th Cir.1990).

In this case, it is apparent from the face of Covarrubias's First Amended Petition that she seeks damages that exceed $75,000. Specifically, Covarrubias seeks monetary relief over $250,000.00 but not more than $1,000,000.00. Ex. B-5 at ¶ 6.1.

**B.    This Dispute is Between Citizens of Different States**

Per her First Amended Petition, Covarrubias resides in in Cameron County, Texas. *See* Ex. B-5 at ¶ 2.1. She is therefore a citizen of Texas. For the purposes of diversity jurisdiction, a corporation is a citizen of its state of incorporation and the state in which it has its principal place of business. 28 U.S.C. § 1332(c)(1). Optum is a Delaware corporation with its principal place of business located in Minnesota, making Optum a citizen of Delaware and Minnesota. *See* Ex. C, Declaration of Lisa Helling.

Because Covarrubias is a citizen of Texas, and Optum is a citizen of Delaware and Minnesota, this civil action is a matter between citizens of different states, and the parties' citizenship is diverse within the meaning of 28 U.S.C. § 1332(a)(1).

### III. PROCEDURAL ALLEGATIONS

The Southern District of Texas, Brownsville Division is the federal district and division that embraces Cameron County, Texas. *See* 28 U.S.C. § 124(b)(4). Accordingly, removal to this Court is proper pursuant to 28 U.S.C. §§ 1441(a) and 1446.

As required by 28 U.S.C. § 1446(d), Defendants will provide prompt written notice of the filing of this Notice of Removal to all adverse parties and will file a copy of it with the Clerk of

the 455th Judicial District Court of Cameron County.

## IV. CONCLUSION

Optum respectfully requests this action be removed from the 445th Judicial District of Cameron County, Texas to the United States District Court for the Southern District of Texas, Brownsville Division, and seeks all such other and further relief to which it may be justly entitled.

Dated:  September 16, 2022

Respectfully submitted,

*/s/ Kimberly R. Miers*
Kimberly R. Miers
Texas State Bar No. 24041482
Federal ID: 629763
Andrew Gray
Texas State Bar No. 24106023
Federal ID: 3280370
Lucas Meng
Texas State Bar No. 24100510
Federal ID: 3766553
LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
100 Congress Avenue, Suite 1400
Austin, Texas 78701
512.982.7250 – Telephone
512.982.7248 – Facsimile
kmiers@littler.com
argray@littler.com
lmeng@littler.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

On the 16th day of September 2022, I electronically submitted the foregoing document with the Clerk of the Court using the Electronic Case Filing system of the Court.  I hereby certify that I have served all parties, as follows:

*Via Electronic Case Filing:*
John L. Shergold
HODGE & SHERGOLD, L.L.P.
745 E. Saint Charles St., Ste C
Brownsville, Texas 78520
Tel: (956) 548-9100
Fax: (956) 548-9102

Email: hodgesshergold@aol.com
**ATTORNEY FOR PLAINTIFF**

*/s/ Lucas Meng*
Lucas Meng