UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA COVARRUBIAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-129 |
| | § | |
| OPTUM SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER

Plaintiff Patricia Covarrubias and Defendant Optum Services, Inc. filed a Joint Stipulation of Dismissal With Prejudice (Doc. 10) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Although the filing dismisses Covarrubias's causes of action without court order, the parties request an Order confirming the dismissal. As a result, it is:

**ORDERED** that Plaintiff Patricia Covarrubias's causes of action are **DISMISSED WITH PREJUDICE**.

Unless otherwise agreed upon by the parties, each party is to bear its own attorney's fees and costs.

The Clerk of Court is directed to close this matter.

Signed on April 11, 2023.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge